IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW HALSTEAD, | : | |
| Plaintiff, | : | |
| v. | : | No.   04-815 |
| AMERICAN INTERNATIONAL GROUP, INC., and AMERICAN LIFE INSURANCE COMPANY, | : | Chief Judge Sue L. Robinson |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Andrew Halstead hereby dismisses his Complaint with prejudice and Defendants American International Group, Inc. and American Life Insurance Company hereby dismiss their Counterclaims with prejudice. The parties shall bear their own costs and attorneys' fees.

_____
Wayne Ely, Esq.
Timothy M. Holman, Esq.
Timothy M. Holman and Associates
225 North Flowers Mill, Road
Langhorne, PA 19047

Martin D. Haverly, Esq.
Two East 7th Street, Suite 302
Wilmington, DE 19801

Attorneys for Plaintiff

_____
P. Kevin Connelly (*pro hac vice*)
Connelly Sheehan Harris
150 S. Wacker Drive, Suite 1600
Chicago IL 60606
(312) 372-1969

Barry M. Willoughby (No. 1016)
Young Conaway
Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666

Attorneys for Defendants

1